| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 20 2024<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

SUMIT GARG,

    Defendant - Appellant.

No. 24-5019

D.C. No. 2:21-cr-00045-JCC-1
Western District of Washington,
Seattle

ORDER

Appellant's unopposed motion (Docket Entry No. 10) for an extension of time to file the opening brief is granted.

The opening brief is due June 12, 2025. The answering brief is due July 14, 2025. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT