UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 3 2025



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SUMIT GARG, <br><br> Defendant - Appellant. | No. 24-5019 <br><br> D.C. No. <br> 2:21-cr-00045-JCC-1 <br> Western District of Washington, Seattle |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SUMIT GARG, <br><br> Defendant - Appellant. | No. 25-1702 <br><br> D.C. No. <br> 2:21-cr-00045-JCC-1 <br> Western District of Washington, Seattle <br><br> ORDER |

The court consolidates Appeal Nos. 24-5019 and 25-1702. The parties must include all case numbers on future filings.

The existing briefing schedule in Appeal No. 24-5019 will govern these consolidated appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT