UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. SUMIT GARG, Defendant - Appellant. | No. 24-5019 D.C. No. 2:21-cr-00045-JCC-1 Western District of Washington, Seattle ORDER |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. SUMIT GARG, Defendant - Appellant. | No. 25-1702 D.C. No. 2:21-cr-00045-JCC-1 Western District of Washington, Seattle |

The motion (Docket Entry No. 13) for an extension of time to file the opening brief is granted.

The consolidated opening brief is due August 12, 2025. The consolidated answering brief is due September 11, 2025. The optional reply brief is due within 21 days after the answering brief is served.

Counsel for appellant is reminded that both case numbers must be included on future filings.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT