IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>SUMIT GARG,<br><br>Defendant-Appellant. | C.A. Nos. 24-5019, 25-1702<br><br>D.C. No. 2:21-cr-00045-JCC-1<br>Western District of Washington |

## UNITED STATES' UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE THE ANSWERING BRIEF

The United States moves for an extension until March 13, 2026, of the time within which to file the answering brief. The reasons for the motion are described in the attached declaration.

As set forth in that declaration, counsel for the appellant does not oppose the requested extension.

Garg is currently serving his 108-month term of imprisonment, with a projected release date of May 9, 2028.

Motion and Declaration for Second Extension of Time
*United States v. Garg* - 1

For the reasons stated in the attached declaration, the United States respectfully requests that this Court extend the deadline for filing the answering brief to March 13, 2026.

February 13, 2026

                                            Respectfully submitted,

                                            *s/ Tania M. Culbertson*
                                            TANIA M. CULBERTSON
                                            Assistant United States Attorney
                                            700 Stewart Street, Suite 5220
                                            Seattle, Washington 98101

Motion and Declaration for Second Extension of Time
*United States v. Garg* - 2

## DECLARATION OF TANIA M. CULBERTSON

1. I am an Assistant United States Attorney in the Western District of Washington. I am currently assigned to handle this appeal.

2. Davina T. Chen, appellate counsel for Sumit Garg, filed an opening brief on September 11, 2025, after receiving extensions totaling 10 months. *See* Dkt. Nos. 18–23.

3. On October 3, 2025, the Court granted the United States' motion for an extension of the deadline to file the answering brief until February 27, 2026. Dkt. 30.

4. Since that time, I have handled a series of civil, criminal, and habeas matters on behalf of the United States in this Court and in the Western District of Washington, including but not limited to: *Mai v. United States*, 2:24-cv-01102-TSZ; *Erdmann v. United States*, 2:25-cv-01087-RAJ; *Daniel v. United States*, 24-6821 (oral argument held November 18, 2025); *United States v. Walji*, 24-415 (oral argument date pending); *United States v. Pilisuk*, 24-6329 (answering brief filed December 31, 2025, oral argument date pending); and *Hansen v. United States*, 2:25-cv-01088-RAJ (opposition due March 23, 2026).

5. A combination of delays caused by the lapse in appropriations late in 2025 affecting cases with due dates before this one (but outside the range for which this Court granted automatic extensions), reductions in the number of attorneys working for this office over the past five months, including in the appellate division, upcoming scheduled time off of supervisors who must review this answering brief before it is filed, and other professional commitments undertaken for the district court (including some emergency litigation), cause me to require a further 14-day extension of the due date to file the answering brief in this case.

6. I have been working diligently on this appeal and have reviewed the lengthy record (including exhibits and trial transcripts totaling many hundreds of pages), conducted legal research, and drafted a substantial portion of the answering brief. I am confident that a further 14-day extension is all that I will need to finalize and file the brief.

7. On February 12, 2026, I contacted Ms. Chen regarding this extension request. Ms. Chen stated that she does not oppose the requested extension.

Motion and Declaration for Second Extension of Time
*United States v. Garg* - 4

Based on the foregoing, the United States respectfully requests that this Court enter an order allowing until March 13, 2026, to file its answering brief in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

February 13, 2026

                                            Respectfully submitted,

                                            *s/ Tania M. Culbertson*
                                            TANIA M. CULBERTSON
                                            Assistant United States Attorney